UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

FRANCIS K. COLE                    :          2004 JAN 23 P 5: 26

V.                                 :     CIV. NO. 3:01CV1978 (AHN)
                                           BRIDGEPORT C
OLYMPUS HEALTHCARE,                :
ET AL                              :

                                   :

                                   :

### ORDER OF NOTICE TO PRO SE LITIGANT

On August 14, 2003, Pegasus Management Company, Inc.,[1]

Facilities Receivership filed a motion to dismiss and/or abstain.

**[Doc. #22]**.    Pegasus requests that the Court dismiss this law

suit for failure to state a claim upon which relief can be

granted, and/or for lack of subject matter jurisdiction.  In the

alternative, Pegasus requests that the Court abstain from hearing

his action in light of the orders of the Connecticut Superior

Court in the receivership proceedings.

The plaintiff has failed to file opposition to the motion to

dismiss within 21 days, as required under Rule 9(a), D. Conn. L.

Civ. R.  The Court hereby gives express notice to the pro se

plaintiff that "failure to submit a memorandum in opposition to

[the] motion may be deemed sufficient cause to grant the motion,"

Rule 9(a), D. Conn. L. Civ. R., and that if no opposition is

filed on or before **Tuesday, February 17, 2004**, the defendants'

motion shall be granted and complaint shall be dismissed.  See

------------------

[1]Pegasus Management Co., Inc. is a subsidiary of Olympus
Healthcare Group, Inc. and was doing business under the name
Olympus Healthcare Center in Connecticut.

generally <u>Ruotolo v. IRS</u>, 1994 WL 282968, *2 (2d Cir. June 24, 1994) (court has obligation to make certain that <u>pro se</u> litigants are aware of the local rules and understand the consequences of the failure to comply with such rules).


        SO ORDERED at Bridgeport this ___23___ day of January 2004



                                    _____
                                    HOLLY B. FITZSIMMONS
                                    UNITED STATES MAGISTRATE JUDGE