FILED

2004 MAR -8 P 4: 43
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCIS K. COLE

v.                                       CIV. NO. 3:01CV1978 (AHN)

OLYMPUS HEALTH CARE CENTER,
INC., ET AL

AFTER REVIEW, THE MAGISTRATE JUDGE'S RECOMMENDED RULING IS APPROVED ADOPTED AND RATIFIED.

## RECOMMENDED RULING ON PEGASUS MANAGEMENT CO., INC. FACILITIES RECEIVERSHIP'S MOTION TO DISMISS OR ABSTAIN

Pegasus Management Col, Inc. Facilities Receivership (the "Receivership"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves to dismiss plaintiff's complaint against the Receivership for failure to state a claim upon which relief can be granted and/or for lack of subject matter jurisdiction. Alternatively, the Receivership moves this Court to abstain from hearing this action in light of the orders of the Connecticut Superior Court in the receivership proceeding.

For the reasons that follow, the Receivership's Motion to Dismiss or Abstain **[Doc. #22]** is **GRANTED**.

BACKGROUND[1]

Pegasus Management Co., Inc. ("Pegasus"), which owned and operated several nursing home facilities in Connecticut, is a

---

[1]The following facts are not disputed.