UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANCIS K. COLE

    v.                              3:01cv1978 AHN

OLYMPUS HEALTH CARE CENTER, INC.
PEGASUS MANAGEMENT CO., INC.,
FACILITIES RECEIVERSHIP

## J U D G M E N T

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of Pegasus Management Co., Inc. Facilities Receivership's motion to dismiss or abstain.

The Court reviewed all of the papers filed in conjunction with the motion and on March 8, 2004 filed a recommended ruling granting the receivership's motion with prejudice and finding that Olympus Health Care Center, Inc. is not a known legal entity. On March 31, 2004, the recommended ruling was approved, adopted and ratified.

Therefore, it is ORDERED and ADJUDGED that the complaint is dismissed with prejudice and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of April, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By      /s/
                                                 Deputy-in-Charge

Entered on Docket _____